IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN L. SCHNEIDER          *
                           *
    Plaintiff              *
v.                         *   CASE NO.
                           *
HOUSEHOLD FINANCE CORP. II *
and                        *
HSBC GROUP CORP.

    Defendants


## COMPLAINT - JURY TRIAL DEMANDED

The Plaintiff, John L. Schneider, by counsel complains against the defendants as follows: (unless otherwise specified, all factual allegations apply to all counts)

### I. Introduction

1. The plaintiff brings this action for damages based upon the defendants' violations of the Fair Credit Reporting Act, 15 U.S.C §1681 et seq. (hereinafter referenced as the "Act" or the "FCRA") and for related state law claims.

### II. Jurisdiction and Venue

2. Jurisdiction of this court is conferred by 15 U.S.C. §1681p. The court has related case jurisdiction over related state law claims.

3. Venue is proper because the plaintiff has resided in this district during all periods relevant to this dispute. Both defendants conduct significant operations in this district.

### III. Parties

4. Plaintiff John L. Schneider is an adult natural person who resides in Wilmington, Delaware.  He is a "consumer" for purposes of the FCRA §1681a(c)).

5. Defendant Household Finance Corp. II  (hereinafter "Household") is a Delaware corporation and part of the HSBC Group  It regularly reports the status of consumer accounts to consumer reporting agencies.

6. Defendant HSBC Group Corp. (hereinafter "HSBC") is a  Delaware Corporation.  It is registered to do business in Delaware.  It regularly reports the status of consumer accounts to consumer reporting agencies

### IV Facts

7. On November 16, 2000, Plaintiff executed a loan with Household for the principal sum of $12,000.00, with an advance of $12,635.00 with an annual percentage rate of 21.900%, this loan being account  ****9190.

8. In 2003, litigation arose over this loan in the Court of Common Pleas for New Castle County, Delaware wherein Household sued the Plaintiff and Plaintiff brought a counterclaim against Household for rescission of the contract and damages for violations of the Truth in Lending Act.

9. Subsequently, the litigation was resolved in April of 2004 and Household stipulated to satisfy the mortgage for loan account **** 9190. The satisfaction is attached hereto and incorporated herein as **Exhibit A.**

10. Plaintiff subsequently discovered in 2006 that his credit report with Transunion contained an account listing from Household being Account ****4593 with the legend "> CHARGED OFF AS BAD DEBT<". The brackets (><) signify adverse information according to the syntax of the report. The report states that the account was opened 11/2000, closed 3/2003 with a balance of $8,484. The Plaintiff did not have an account with Household with the number listed.

11. In a letter to Transunion dated October 30, 2006, the Plaintiff, through his attorney Victoria Hoffman, disputed the report's listing of the Account ****4593 believing it to be the same account as was litigated successfully in the Delaware state court. A copy of this letter is attached and incorporated as **Exhibit B**. (In the exhibit, the Social Security number and account numbers have been redacted to protect the privacy of the individual.)

12. On or about November 9, 2006, Transunion printed and sent to the Plaintiff a credit report that continued to list the Household account as a charge off/bad debt. It also listed that the account had been "Verif'd" (verified) 11/06.

13. Upon information and belief of the Plaintiff, between the dispute letter to Transunion referenced in paragraph 10, and the time the Trans Union Credit Report was printed, November 9, 2006, Transunion contacted Household, and Household gave to Transunion information that Household represented as the results of an investigation, an investigation verifying that the account belonged to the Plaintiff, and that the account was a charge off/bad debt. Transunion undertook no independent effort to determine the source of the information

Household relayed, and Transunion made no independent inquiry before listing the account as verified. The credit report does not list this account as being in dispute.

14. The Plaintiff, through his attorney, Victoria Hoffman, made several phone call attempts with Household to determine the reason for the two different account numbers, being ****9190 and ****4593 and to further determine if the two account numbers denoted the same account. Household provided an explanation that it was in fact the same account but was given a different number by Household as it was in their system as an open account and 300 days had passed with no payment. This was an established procedure followed by Household.

15. On or about April 4, 2007, the Plaintiff, through his attorney Victoria Hoffman, sent Household a letter via facsimile notifying Household that their credit reference was incorrect regarding the Plaintiff. A copy of this letter is attached and incorporated as **Exhibit C** and the stipulation referred to as **Exhibit D.**.

16. The Plaintiff received no response from Household before another letter was sent to Household on May 1, 2007 to the Customer Relations Department of HSBC Group, via facsimile, by Plaintiff's attorney, Sandra E. Messick. A copy of the letter is attached and incorporated as **Exhibit E**.

17. On or about May 18, 2007, a letter was sent from HSBC verifying the two accounts were the same account, acknowledging the charge off/bad debt status, refusing to remove the entry and stating that it had been reported to Transunion, Experian and Equifax. A copy of this letter is attached as **Exhibit F**.

18. Due to the failure of Household and HSBC Group to investigate the incorrect reference upon notice by the plaintiff, and the subsequent incorrect credit file listing, and once investigated, allowing incorrect information to remain, my client suffered harm to his reputation,

and was deterred from applying for credit because incorrect information was in his credit file.

## V. CAUSE OF ACTION

## FAIR CREDIT REPORTING ACT

19. Defendants Household and HSBC Group are a "furnisher of information" in respect to the Plaintiff for purposes of the FCRA (15 U.S.C. §1681s-2).

20. Defendants had actual knowledge that Plaintiff disputed the debt which forms the basis of this litigation and had, in fact, successfully litigated the debt against Household in state court.

21. Upon information and belief, Defendants received multiple notices both through Transunion and from the Plaintiff's attorneys directly stating that the account was disputed. Defendants were also informed that there was a possible confusion between the account numbers.

22. Defendants, upon the request by the credit reporting agency, failed to conduct an investigation into whether it was reporting accurate information. Defendants failed to even match the accounts. Defendants failed to investigate the Plaintiff's assertion that account had been successfully litigation and settled in his favor.

23. Household and HSBC's stated procedure of changing account numbers once 300 days have passed and no payment received and thereafter reporting to credit reporting agencies with the different number is confusing, violative of consumer rights and designed to defeat the intent of purpose of the Fair Credit Reporting Act.

24. Defendants failed to conduct an investigation meeting the requirements of 15 U.S.C. §1681s-2(b)(1) after receiving notice pursuant to section §1681i.

25. Even though Household had multiple notices that the account was disputed, Household's report to Transunion did not include a reference that the account was in dispute.

26. Defendants' failure to investigate and report accurately was done with knowledge of falsity and/or reckless disregard for the truth, and was therefore done with malice.

27. As a result of Defendants' failure to investigate and reporting of incorrect, Plaintiff suffered harm to his reputation and other miscellaneous damages.

WHEREFORE, Plaintiff requests actual damages, statutory damages, punitive damages (for willful violations), attorney fees, costs, and such other relief as justice requires.

**JURY TRIAL DEMANDED**

*/s/ Sandra E. Messick*
SANDRA E. MESSICK, Bar No. 939
Attorney for Plaintiff
UAW Legal Services Plan
200 Continental Drive, Suite 212
Newark, DE 19713
(302) 366-0513 ext. 232
(302) 366-5693 fax

Dated: 11-2-07

Tax Parcel ID # 12-02.50.13-7
Prepared By: Stephen P. Doughty
Return to:
Lyons, Doughty & Veldhuis P.A
1300 N. Market Street
Suite 700, P. O. Box 711
Wilmington, DE 19899

## MORTGAGE SATISFACTION PIECE

YOU ARE HEREBY requested and authorized to enter satisfaction of, and cancel of record, the following mortgage:

Mortgagor(s): John Schneider

Mortgagee(s): Household Finance Corporation, II

Date: November 15, 2000

Amount: $12,000.00

Address of Property (if available): 23 Catherine Court
Bear, Delaware

Mortgage Record: Book __7107__ Page __289__

Assignee (if applicable):

Assignment Record (if applicable): Book _____ Page _____

IN WITNESS WHEREOF the said Corporation has executed this Mortgage Satisfaction Piece this __31__ day of __August__, __2004__

Witnessed in the
Presence of:

_Rebecca Verla_

Household Finance
Corporation, II

BY: _[signature]_
(Title)

Attest: __Vice President__
(Title)

Exhibit "A"

State of
County of

This instrument was acknowledged before me this 31 day of
August, 2004, by Loretta Abrams as Vice President
of Household Finance Corporation III:

_(signature)_
Notary Public
My commission expires:

OFFICIAL SEAL
SUSAN J FARRELL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 2/19/2008

# UAW LEGAL SERVICES PLANS

**UAW-GM UAW-Ford UAW-DaimlerChrysler**
**200 Continental Drive, Suite 212, Newark, DE 19713**
**Phone: (302) 366-0513   Fax: (302) 366-5693**

October 30, 2006

TransUnion
P.O. Box 2000
Chester PA 19022-2000

      RE:    John L. Schneider, Social Security Number: ▉
              23 Catherine Court, Bear, DE 19701

To Whom It May Concern:

Please be advised that this office represents John L. Schneider with regard to the erroneous Credit Report on file with your office. Enclosed is a copy of a signed Authorization.

My client disputes Household Finance Account # ▉4593 because this account has been paid and should reflect a zero balance. Please verify and update my client's report. We are enclosing the following to support our position regarding this dispute: Stipulation of Dismissal.

Please reinvestigate the above for accuracy and send an updated Report to my attention.

                                  Sincerely,

                                  Victoria J. Hoffman
                                  Attorney at Law

Enclosures

cc:    John L. Schneider

Exhibit "B"

# UAW LEGAL SERVICES PLANS

**UAW-GM  UAW-Ford  UAW-DaimlerChrysler**
**200 Continental Drive, Suite 212, Newark, DE 19713**
**Phone: (302) 366-0513   Fax: (302) 366-5693**

April 4, 2007
~~March 27, 2007~~

Via Facsimile: 757-368-1271

Brian Wright
Household Finance Corporation

    RE: John L. Schneider

Dear Mr. Wright:

    We represent John Schneider regarding Account Number ▓▓▓▓9190, which was changed to Account Number ▓▓▓▓4593 after 300 days, because it was an open account with no payment. I have attached a written authorization from Mr. Schneider, as well as a copy of a letter from Household's attorney Stephen P. Doughty, Esquire that we may discuss this matter directly with your company. I also have attached a copy of the Stipulation of Dismissal in this matter in which Household Finance agreed that it dismissed all claims related to these accounts. However, the account appears as a past due account on Mr. Schneider's credit report from Transunion, a copy of which is attached, despite our letters of dispute.

    Kindly correct the false information on Mr. Schneider's credit report to avoid additional litigation regarding this account. If you have any questions, I may be contacted at extension 230.

                                                              Sincerely,

                                                              Victoria J. Hoffman
                                                              Attorney at Law

Enclosures
cc: John L. Schneider

Exhibit "C"

IN THE COURT OF COMMON PLEAS OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

HOUSEHOLD FINANCE CORP II )
)
)
Plaintiff, ) Case No. 2002-07-097
) ARBITRATION
v. )
)
JOHN SCHNEIDER )
)
Defendant(s). )

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, by and between the parties to this action, through the undersigned counsel, and subject to approval by the Court, that the Complaint in this action is hereby dismissed with prejudice;

IT IS FURTHER STIPULATED, that all claims and counterclaims, present or future, asserted or unasserted, relating to the loan transaction which is the subject of the above-captioned action, Household Finance Corporation, II's account number ████████9190, Mortgage dated November 15, 2000 in the amount of $12,000.00 are hereby dismissed with prejudice and Household Finance Corporation, II will satisfy the mortgage at Book 7107, Page Number 289, New Castle County Records;

DATED: 4/8/04

Stephen F. Doughty
LYONS, DOUGHTY & VELDHUIS, P.A.
1300 N. Market St.
Suite 700
P.O. Box 711
Wilmington, Delaware 19899
Attorneys for Plaintiff

DATED: 4/5/04

Victoria J. Hoffman, Esq.
UAW Legal Services Plans
200 Continental Dr. Suite 212
Newark, DE 19713

SO ORDERED this 26th day of April, 2004

S/ Alex J. Smalls
JUDGE

Exhibit "D"

# UAW LEGAL SERVICES PLANS

**UAW-GM UAW-Ford UAW-DaimlerChrysler**
**200 Continental Drive, Suite 212, Newark, DE 19713**
**Phone: (302) 366-0513   Fax: (302) 366-5693**

May 1, 2007

Via Facsimile: 800-547-8646

Customer Resolution Department

    RE: John L. Schneider
        Account Number ████████9190
        Account Number ████████4593

Dear Sir or Madam:

    We represent John Schneider regarding the above. I am faxing you information that was previously sent to Brian Wright of your company. We have had no response since we sent the enclosed. Ms. Hoffman is no longer with the firm so please direct all responses to my attention.

    We were told by Mr. Wright that the above accounts were the same account, that your company just gave Account Number ████████9190 a new number of ████████4593 and are reporting this as delinquent on his credit reports despite the fact that there was litigation over the account that was resolved in my client's favor. The account should be marked satisfied and all negative credit removed. The additional document which I am enclosing is a copy of the satisfaction of the mortgage which was entered on the records at the New Castle County recorder of Deeds.

    The incorrect entry on my client's credit reports must be corrected immediately as it is having a detrimental effect on his ability to obtain credit.

                                      Sincerely,

                                      Sandra E. Messick
                                      Attorney at Law

Enclosures

                                      Exhibit "E"

# HSBC

May 9, 2007

Sandra E. Messick
Attorney at Law
UAW Legal Services Plans
UAW-GM UAW-Ford UAW-DaimlerChrysler
200 Continental Drive, Suite 212
Newark, DE 19713

RE: John Schneider

Dear Ms. Messick:

We are in receipt of your inquiry submitted on behalf of John Schneider regarding the credit bureau reporting for his HFC account. Mr. Schneider is seeking removal of the account from his credit bureau profile.

Account number ▓▓▓▓9190 was charged-off on March 10, 2004 and the account number was changed to ▓▓▓▓4593. Our records indicate the account went to litigation in March 2004 and the arbitration found in Mr. Schneider's favor, wherein HFC was to satisfy the mortgage against Mr. Schneider's property. In accordance with the judgment, HFC released the lien as satisfied.

We have no record of agreeing to remove the tradeline from Mr. Schneider's credit bureau profile. The account is currently reporting with Experian, Transunion, and Equifax as "charged-off balance." If you possess proof that HFC agreed to remove the account from Mr. Schneider's credit bureau profile, you may submit it to my attention at HSBC, Customer Resolution Department, 961 Weigel Drive, Elmhurst, IL 60126, (877) 404-6172. Until such time, no further action is warranted.

If you have any questions regarding this response, you can reach our Customer Resolution Department at (888) 245-9366.

Sincerely,

Theresa A. Nicchia
Assistant Vice-President
Customer Resolution Department

By: *Diana Washington*
Diana Washington
Manager, Customer Resolution Department

TAN:jp

Exhibit "F"

Consumer Lending

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
John L. Schneider

**DEFENDANTS**
Household Finance Corp. II and HSBC Group Corp.

(b) County of Residence of First Listed Plaintiff  **New Castle**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  **New Castle**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Sandra E. Messick    302-366-0513
200 Continental Dr. Ste. 212
Newark, DE 19713

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. 1681 et SEQ- Fair Credit Reporting Act
Brief description of cause: Action for Damages for Defendant's violation of the Fair Credit Reporting Act.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
None
(See instructions):
JUDGE
DOCKET NUMBER

DATE  11-2-07
SIGNATURE OF ATTORNEY OF RECORD  Sandra E. Messick

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

Case 1:07-cv-00694-SLR    Document 1-9    Filed 11/02/2007    Page 1 of 1

⸙AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

_____ District of _____

| | |
|---|---|
| Plaintiff<br>V.<br><br>Defendant | NOTICE, CONSENT, AND ORDER OF REFERENCE —<br>EXERCISE OF JURISDICTION BY A UNITED STATES<br>MAGISTRATE JUDGE<br><br>Case Number: |

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to _____ United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

_____        _____
Date                   United States District Judge

NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.