IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN L. SCHNEIDER, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 07-694-SLR |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| HOUSEHOLD FINANCE CORP. II and | ) |
| HSBC GROUP CORP. | ) |

## ENTRY OF APPEARANCE

Please take notice that John A. Parkins, Jr. of the firm Richards, Layton & Finger, P.A. hereby enters his appearance as counsel for Defendants in the above matter.

/s/ John A. Parkins, Jr.
John A. Parkins, Jr. (#859)
Parkins@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
302 651-7700
Attorneys for Defendants

Dated: December 5, 2007

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following as indicated:

**BY FEDERAL EXPRESS**
Sandra E. Messick, Esquire
UAW Legal Services Plan
200 Continental Drive
Suite 212
Newark, DE 19713

/s/ John A. Parkins, Jr.
John A. Parkins, Jr. (#859)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Parkins@rlf.com