# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN L. SCHNEIDER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOUSEHOLD FINANCE CORP. II and )<br>HSBC GROUP CORP. ) | C.A. No. 07-694-SLR<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

IT IS HEREBY stipulated that Defendants shall have until and including January 7, 2008 in which to answer or otherwise respond to the complaint.

| | |
|---|---|
| /s/ Sandra E. Messick #939 | /s/ John A. Parkins, Jr. #859 |
| Sandra E. Messick (#939) | John A. Parkins, Jr. (#859) |
| sandrame@uawlsp.com | Parkins@rlf.com |
| UAW Legal Services Plan | Richards, Layton & Finger, P.A. |
| 200 Continental Drive | One Rodney Square |
| Suite 212 | P. O. Box 551 |
| Newark, DE 19713 | Wilmington, Delaware 19899 |
| 301-366-0513 | 302 651-7700 |
| Attorneys for Plaintiff | Attorneys for Defendants |

SO ORDERED THIS ____ day of December, 2007.

_____
United States District Court Judge

RLF1-3231016-1