IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN L. SCHNEIDER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 07-694-SLR |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| HOUSEHOLD FINANCE CORP. II and | ) | |
| HSBC GROUP CORP. | ) | |

**DEFENDANTS' ANSWER TO COMPLAINT**

1.  Defendants admit that plaintiff purports to bring an action pursuant to the Fair Credit Reporting Act. They deny that plaintiff purports to bring any "related state law claims." All other allegations in this paragraph of the complaint, if any, are denied.

2.  Defendants admit that this Court has jurisdiction to entertain the claims based upon alleged violations of the Fair Credit Reporting Act. This paragraph alleges that this Court has jurisdiction to entertain "related state claims" but no such claims are alleged.

3.  Admitted.

4.  Defendants are without sufficient knowledge or information so as to be able to form a belief as to the truth of the averments contained in this paragraph of the complaint.

5.  Admitted.

6.  Admitted.

7.  Admitted.

8.  Admitted.

9. Admitted. By way of further response, at no time did Household Finance Group II agree to delete any tradelines relating to the debt giving rise to the Court of Common Pleas litigation.

10. It is admitted that a Transunion report indicated that an account opened in November 2000 was closed in March 2003 with a balance of $8,484.00. When the account was charged off as a bad debt, it was transferred to an account ending in 4593 for administrative purposes. Defendants are without sufficient knowledge or information so as to be able to form a belief as to the truth of the remaining averments contained in this paragraph of the complaint.

11. Defendants are without sufficient knowledge or information so as to be able to form a belief as to the truth of the averments contained in this paragraph of the complaint.

12. Defendants are without sufficient knowledge or information so as to be able to form a belief as to the truth of the averments contained in this paragraph of the complaint.

13. Defendants are without sufficient knowledge or information so as to be able to form a belief as to the truth of the averments contained in the last sentence of this paragraph of the complaint. The remaining allegations are denied.

14. Defendants are without sufficient knowledge or information so as to be able to form a belief as to the truth of the averments contained in this paragraph of the complaint.

15. Admitted.

16. Admitted.

17. Admitted.

18. Denied.

19. Admitted.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

/s/ John A. Parkins, Jr.

John A. Parkins, Jr. (#859)
Parkins@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
302 651-7700
Attorneys for Defendants

Dated: January 10, 2008.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) by E-mail and U.S. Regular Mail to the following:

**BY E-MAIL AND U.S. REGULAR MAIL**
Sandra E. Messick, Esquire
UAW Legal Services Plan
200 Continental Drive
Suite 212
Newark, DE 19713

John A. Parkins, Jr. (#859)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Parkins@rlf.com

RLF1-3230674-1