RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

JOHN A. PARKINS, JR
DIRECTOR

DIRECT DIAL NUMBER
302-651-7624
PARKINS@RLF.COM

February 5, 2008

**BY ELECTRONIC FILING**
The Honorable Sue L. Robinson
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:   *John L. Schneider v. Household Finance Corp. II, et al.*,
          C.A. No.  07-694-SLR

Dear Judge Robinson:

    Please find attached a form of order agreed upon by the parties which the Court may wish to consider during tomorrow's scheduling teleconference.

                                  Respectfully submitted,

                                  John A. Parkins, Jr.

JAP/lll
Attachment

cc:   Sandra E. Messick, Esquire

RLF1-3250592-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN L. SCHNEIDER, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 07-694-SLR |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| HOUSEHOLD FINANCE CORP. II and ) | |
| HSBC GROUP CORP. ) | |

## ORDER

At Wilmington this_____ day of February 2008, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by February 19, 2008 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery.**

    (a) Discovery will be needed on the following subjects:

    (1) The practices and procedures of defendants in reporting information to credit agencies.

    (2) The manner in which defendants reported information relating to plaintiff to credit reporting agencies.

    (3) What agreement, if any, was reached by plaintiff and defendant to remove certain adverse information from plaintiff's credit history.

    (4) Any actual losses suffered by plaintiff.

(b) All discovery shall be commenced in time to be completed by July 1, 2008.

(c) Maximum of 25 interrogatories by each party to any other party.

(d) Maximum of 25 requests for admission by each party to any other party.

(e) Maximum of 4 depositions by plaintiff and 4 by defendant.

(f) Each deposition limited to a maximum of 6 hours unless extended by agreement of parties.

(g) Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by August 5, 2008. Rebuttal expert reports due by September 9, 2008.

(h) **Discovery Disputes.** Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3. **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before March 5, 2008.

4. **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to a Magistrate Judge for the purposes of exploring ADR.

5. **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before August 5, 2008. Briefing shall be pursuant to D. Del.

2

LR 7.1.2. No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

6.  **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

7.  **Motions in Limine.** All motions in limine shall be filed on or before _____. All responses to said motions shall be filed on or before _____.

8.  **Pretrial Conference.** A pretrial conference will be held on _____ at ____m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

9.  **Trial.** This matter is scheduled for a 2-day jury trial commencing on _____ in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
United States District Judge