IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JOHN L. SCHNEIDER** | * |
| | * |
|     **Plaintiff** | * |
| v. | *   CASE NO. 07-694-SLR |
| | * |
| **HOUSEHOLD FINANCE CORP. II** | * |
| and | * |
| **HSBC GROUP CORP.** | |
| | |
|     **Defendants** | |

## MOTION TO COMPEL DISCOVERY

    Plaintiff, through his attorney, pursuant to Rule 37, moves this Court to compel the Defendants to respond to certain discovery as follows:

    1. On February 6, 2008, the Scheduling Order of this Honorable Court was enterende and as part of that Order, the parties were to exchange the information required by Fed. R. Civ. P. 26 (a)(1) and D. Del. LR 16.2 by February 19, 2008.

    2. Plaintiff provided the information to the Defendants by the date due, but the Defendants have failed to abide by the Court's Order, in spite of informal demands made by Plaintiff's attorney.

    WHEREFORE, Movant requests that the Court order Defendants to file the information required on or before a date to be set by the Court, extended the discovery deadlines set in the Court's Order due to the delay in receiving this initial information and award Plaintiff's counsel attorneys' fees for the burden of presenting this Motion.

| | |
|---|---|
| _4/10/2008_____ | __/s/ Sandra E. Messick_____ |
| Date | Sandra E. Messick, Esquire Bar ID 939 |
| | UAW Legal Services Plan |
| | 200 Continental Drive, Suite 212 |
| | Newark, DE 19713 |
| | (302) 366-0513 |
| | Attorney for Plaintiff |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JOHN L. SCHNEIDER** | * |
| | * |
| **Plaintiff** | * |
| v. | *   **CASE NO. 07-694-SLR** |
| | * |
| **HOUSEHOLD FINANCE CORP. II** | * |
| **and** | * |
| **HSBC GROUP CORP.** | |
| **Defendants** | |

### NOTICE OF MOTION TO COMPEL DISCOVERY

TO:
 John A. Parkins, Esq.
Richards, Layton and Finger
P.O. Box 551
Wilmington, DE 19899-0551
Attorney for Defendants


   PLEASE TAKE NOTICE that the within Motion to Compel will be presented to the Court on

Convenient to be set by the Court.


  4/10/2008                                              /s/ Sandra E. Messick
Date                                                      Sandra E. Messick, Esquire Bar ID 939
                                                          UAW Legal Services Plan
                                                          200 Continental Drive, Suite 212
                                                          Newark, DE  19713
                                                          (302) 366-0513
                                                          Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHN L. SCHNEIDER** | * | |
| | * | |
|     **Plaintiff** | * | |
| **v.** | * | **CASE NO. 07-694-SLR** |
| | * | |
| **HOUSEHOLD FINANCE CORP. II** | * | |
| **and** | * | |
| **HSBC GROUP CORP.** | | |
| | | |
|     **Defendants** | | |

## STATEMENT PURSUANT TO LR 7.1.1

1. On March 5, 2008, the undersigned sent a letter to the attorney for the Defendants, John Parkins, Esq., requesting the information that was to be exchanged by February 19, 2008 pursuant to the Court's Order.

2. Not having received a response to the letter or the information, the undersigned again contacted the attorney for the Defendants on March 25, 2008 by phone. The attorney for Defendants promised the information by March 31, 2008. The undersigned confirmed this by letter dated the same day.

3. As of the date of filing this Motion, the ordered information has not been received by the undersigned.


 4/10/2008_____          \_\_/s/ Sandra E. Messick_____
Date                                                        Sandra E. Messick, Esquire Bar ID 939
                                                               UAW Legal Services Plan
                                                                200 Continental Drive, Suite 212
                                                                Newark, DE  19713
                                                                (302) 366-0513
                                                                Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JOHN L. SCHNEIDER**           * | |
|                                 * | |
|         **Plaintiff**           * | |
| v.                              * | **CASE NO. 07-694-SLR** |
|                                 * | |
| **HOUSEHOLD FINANCE CORP. II**  * | |
| **and**                         * | |
| **HSBC GROUP CORP.** | |
|         **Defendants** | |

**ORDER**

Having heard and considered the attached Motion to Compel Discovery,

IT IS ORDERED that Defendants serve and file the information required by Fed. R. Civ. P. 26(a) (1) and D. Del. LR 16.2 on or before _____, 2008 and in addition, pay attorneys' fees in the amount of $_____ for the necessity of presenting this Motion, the failure of Defendants to respond not having been substantially justified.

IT IS FURTHER ORDERED that all discovery dated in the Pre-Trial Order are extended by 60 days.

IT IS SO ORDERED this ____ day of _____, 2008.

_____
JUDGE

## CERTIFICATE OF SERVICE

I, Sandra E. Messick, Esquire, certify that on this 10th day of April , 2008, I caused to be placed in the U.S. Mail, by first class mail, postage prepaid, two copies of the within Notice and Motion to Compel Discovery addressed to:

John A. Parkins, Esq.
Richards, Layton and Finger
P.O. Box 551
Wilmington, DE 19899-0551
Attorney for Defendants

                                                /s/ Sandra E. Messick
                                                    Sandra E. Messick, Esquire