# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN L. SCHNEIDER, | ) |
| | ) |
|    Plaintiff, | )    C.A. No. 07-694-SLR |
| | ) |
| v. | )    **JURY TRIAL DEMANDED** |
| | ) |
| HOUSEHOLD FINANCE CORP. II and | ) |
| HSBC GROUP CORP. | ) |

## DEFENDANTS' RESPONSE TO MOTION TO COMPEL

Defendants will provide the requested discovery to plaintiffs on or before April 29, 2008.

                      /s/ John A. Parkins, Jr. (#859)
John A. Parkins, Jr. (#859)
Parkins@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
302 651-7700
Attorneys for Defendants

Dated: April 24, 2008

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and delivered to the following as follows:

**BY U.S. REGULAR MAIL**
Sandra E. Messick, Esquire
UAW Legal Services Plan
200 Continental Drive
Suite 212
Newark, DE 19713

　　　　　　　　　　　　　　　　　　/s/ John A. Parkins, Jr. #859
　　　　　　　　　　　　　　　　　John A. Parkins, Jr. (#859)
　　　　　　　　　　　　　　　　　Richards, Layton & Finger, P.A.
　　　　　　　　　　　　　　　　　One Rodney Square
　　　　　　　　　　　　　　　　　P.O. Box 551
　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899
　　　　　　　　　　　　　　　　　(302) 651-7700
　　　　　　　　　　　　　　　　　Parkins@rlf.com

RLF1-3276561-1