# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN L. SCHNEIDER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.  07-694-SLR |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| HOUSEHOLD FINANCE CORP. II and | ) | |
| HSBC GROUP CORP. | ) | |

## NOTICE OF SERVICE

TO:

      Sandra E. Messick, Esquire
      UAW Legal Services Plan
      200 Continental Drive
      Suite 212
      Newark, DE 19713

      PLEASE TAKE NOTICE that true and correct copies of Defendants Household Finance

Corp. II and HSBC Group Corp.'s Initial Disclosures were caused to be served on May 5, 2008

on counsel of record in the manner indicated:

      **BY TELECOPY AND BY**
      **ELECTRONIC MAIL**
      Sandra E. Messick, Esquire
      UAW Legal Services Plan
      200 Continental Drive
      Suite 212
      Newark, DE 19713

                    /s/ John A. Parkins, Jr. #859
                    John A. Parkins, Jr. (#859)
                    Parkins@rlf.com
                    Richards, Layton & Finger, P.A.
                    One Rodney Square
                    P. O. Box 551
                    Wilmington, Delaware 19899
                    302 651-7700
                    Attorneys for Defendants

Dated:  May 5, 2008

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2008, I electronically filed the foregoing document with

the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Sandra E. Messick, Esquire
UAW Legal Services Plan
200 Continental Drive
Suite 212
Newark, DE 19713

        /s/ John A. Parkins, Jr., #859
John A. Parkins, Jr. (#859)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
parkins@rlf.com

RLF1-3279645-1