IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHN L. SCHNEIDER** | * | |
| | * | |
| **Plaintiff** | * | |
| v. | * | CASE NO. 07-694-SLR |
| | * | |
| **HOUSEHOLD FINANCE CORP. II** | * | |
| and | * | |
| **HSBC GROUP CORP.** | | |
| **Defendants** | | |

NOTICE OF SERVICE OF DISCOVERY

     The undersigned counsel for Plaintiff, John L. Schneider, hereby certifies that on June 9, 2008, two copies of the Request for Production of Documents to Defendants and Interrogatories, together with two copies of this Notice, were served by first class mail, postage prepaid, upon:

        John A. Parkins, Esquire
        Richards, Layton & Finger
        P.O. Box 551
        Wilmington, DE  19899-0551


     The originals of the above-referenced discovery pleadings are retained by the undersigned as custodian for subsequent use.

        /s/   Sandra E. Messick
        SANDRA E. MESSICK, ESQ.  (Bar No. 939)
        UAW Legal Services Plan
        200 Continental Drive, Suite 212
        Newark, DE 19713
        (302) 366-0513
        Attorney for Plaintiff

Dated: June 9, 2008