IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JOHN L. SCHNEIDER**    * | |
| * | |
|     **Plaintiff**    * | |
| **v.**    * | **CASE NO. 07-694-SLR** |
| * | |
| **HOUSEHOLD FINANCE CORP. II**    * | |
| **and**    * | |
| **HSBC GROUP CORP.** | |
| | |
|     **Defendants** | |

### NOTICE OF SERVICE OF DISCOVERY

    The undersigned counsel for Plaintiff, John L. Schneider, hereby certifies that on June 23, 2008, two copies of the Request for Admissions to Defendants, together with two copies of this Notice, were served by first class mail, postage prepaid, upon:

> John A. Parkins, Esquire
> Richards, Layton & Finger
> P.O. Box 551
> Wilmington, DE 19899-0551

    The originals of the above-referenced discovery pleadings are retained by the undersigned as custodian for subsequent use.

> /s/   Sandra E. Messick_____
> SANDRA E. MESSICK, ESQ. (Bar No. 939)
> UAW Legal Services Plan
> 200 Continental Drive, Suite 212
> Newark, DE 19713
> (302) 366-0513
> Attorney for Plaintiff

Dated: June 23, 2008