IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN L. SCHNEIDER, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 07-694-SLR |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| HOUSEHOLD FINANCE CORP. II and ) | |
| HSBC GROUP CORP. ) | |

### ENTRY OF APPEARANCE

Please take notice that Anne Shea Gaza of the firm Richards, Layton & Finger, P.A. hereby enters her appearance as counsel for Defendants in the above matter.

*[signature]*
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
302 651-7700
Attorneys for Defendants

Dated: July 17, 2008

RLF1-3303359-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on Jul 17, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following as indicated:

**BY FEDERAL EXPRESS**
Sandra E. Messick, Esquire
UAW Legal Services Plan
200 Continental Drive
Suite 212
Newark, DE 19713

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Gaza@rlf.com