IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN L. SCHNEIDER, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 07-694-SLR |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| HOUSEHOLD FINANCE CORP. II and ) | |
| HSBC GROUP CORP., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

WHEREAS, the parties in this matter are currently attempting to resolve this matter; and

WHEREAS, the parties would like to devote their attention and resources to the hopeful resolution of all claims so that this action can be dismissed, rather than undergo the expense of continuing to litigate against each other;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that all litigation activity and deadlines in this action are stayed for 30 days from the entry of this Order. At the conclusion of that 30-day period, if a stipulation of dismissal has not been filed, counsel shall submit a joint status report to the Court setting forth: (a) the status of the parties' efforts to finalize their settlement; and (b) counsels' views as to whether a further extension of this stay would be productive.

|  |  |
|---|---|
| _/s/ Sandra E. Messick_ | _/s/ Anne Shea Gaza_ |
| Sandra E. Messick (#939) | Anne Shea Gaza (#4093) |
| sandrame@uawlsp.com | Gaza@rlf.com |
| UAW Legal Services Plan | Richards, Layton & Finger, P.A. |
| 200 Continental Drive | One Rodney Square |
| Suite 212 | 920 N. King Street |
| Newark, DE 19713 | Wilmington, Delaware 19801 |
| (302) 366-0513 | (302) 651-7700 |
| Attorneys for Plaintiff | Attorneys for Defendants |

**SO ORDERED THIS** \_\_\_\_ **day of July, 2008.**

_____
United States District Court Judge