# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN L. SCHNEIDER, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 07-694-SLR |
| ) | |
| v. ) | |
| ) | |
| HOUSEHOLD FINANCE CORP. II and ) | |
| HSBC GROUP CORP., ) | |
| ) | |
| Defendants. ) | |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel and pursuant to Super. Ct. Civ. R. 41, that the instant action, including all claims and counters, is hereby voluntarily dismissed with prejudice. Each party to this action shall bear its own costs and attorneys' fees.

| | |
|---|---|
| _/s/ Sandra E. Messick_ | _/s/ Anne Shea Gaza_ |
| Sandra E. Messick (#939) | Anne Shea Gaza (#4093) |
| sandrame@uawlsp.com | Gaza@rlf.com |
| UAW Legal Services Plan | Richards, Layton & Finger, P.A. |
| 200 Continental Drive | One Rodney Square |
| Suite 212 | 920 N. King Street |
| Newark, DE 19713 | Wilmington, Delaware 19801 |
| (302) 366-0513 | (302) 651-7700 |
| Attorneys for Plaintiff | Attorneys for Defendants |

**SO ORDERED THIS** \_\_\_\_ **day of** _____, 2008.

_____
Judge Sue L. Robinson